1

2

3

4

5

6

7

8

**FILED**

OCT 1 6 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

9  | MARK S. MOSS, individually and on behalf of the Mark S. and Ellen R. Moss | Case No. 12-cv-2368-BEN-KSC

10  Family Trust and the Mark S. & Ellen R. Moss Charitable Remainder Unitrust;

11  **ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

Plaintiff,

12

[Docket No. 5]

v.

13

14  CHARLES J. MCLUCAS, an individual; DAVID M. MAHRT, an individual;

15  YOSEMITE CAPITAL MANAGEMENT, LLC, a California Limited Liability Company; CHARITABLE TRUST

16  ADMINISTRATORS, INC., a California Corporation,

17

Defendants.

18

19

20       On October 18, 2012, Plaintiff, Mark S. Moss and Defendants, Charles J. McLucas and

21  Charitable Capital Administrators, Inc., (collectively, "Defendants"), by and through their

22  respective counsel, filed a joint motion for an order extending time for Defendants to respond to

23  the complaint ("the Joint Motion").  For good cause shown, the court hereby **GRANTS** the Joint

24  Motion and **ORDERS** as follows:

25       Defendants are granted an unconditional one week extension (through October 26, 2012)

26  if they choose to file a responsive pleading other than an answer to the complaint;

27       Defendants are granted a two week extension (through November 2, 2012) if they choose

28

ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
12-cv-2368-BEN-KSC

1    to file an answer to the complaint. Between October 26, 2012 and November 2, 2012, Defendants

2    may file an answer only.

3    **IT IS SO ORDERED.**

4

5    Dated: October _8_, 2012

6                                 HON. ROGER T. BENITEZ
                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
12-cv-2368-BEN-KSC