1  Steven T. Coopersmith, Esq. (SBN 184646)
   Email: stc@stevecoopersmithlaw.com
2  Alanna J. Whittington, Esq. (SBN 256853)
   Email: ajw@whittlaw.org
3  **THE COOPERSMITH LAW FIRM**
   555 West Beech Street, Suite 230
4  San Diego, California  92101
   Tel: (619) 238-7360; Fax: (619) 785-3357
5
   Daniel A. Kaplan, Esq. (SBN 179517)
6  Email: dkaplan@danielkaplanlaw.com
   **LAW OFFICES OF DANIEL A. KAPLAN**
7  555 West Beech Street, Suite 230
   San Diego, California  92101
8  Tel: (619) 685-3988; Fax: (619) 684-3239

9  Attorneys for Plaintiff MARK MOSS

10 SCOTT L. METZGER (SBN 89718)
   Email:  metzger@dsmw.com
11 ANNA F. ROPPO (SBN 132680)
   Email: roppo@dsmw.com
12 **DUCKOR SPRADLING METZGER & WYNNE**
   A Law Corporation
13 3043 4th Avenue
   San Diego, California 92103
14 Tel: 619-209-3000; Fax: 619-209-3043

15 Attorneys for Defendant
   YOSEMITE CAPITAL MANAGEMENT, LLC
16

17                    UNITED STATES DISTRICT COURT

18                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK S. MOSS, individually and on behalf of the Mark S. and Ellen R. Moss Family Trust and the Mark S. & Ellen R. Moss Charitable Remainder Unitrust;<br><br>Plaintiff,<br><br>v.<br><br>CHARLES MCLUCAS, an individual; DAVID M. MAHRT, an individual; YOSEMITE CAPITAL MANAGEMENT, LLC, a California limited liability company; CHARITABLE TRUST ADMINISTRATORS, INC., a California corporation<br><br>Defendants. | **Case No. 12 CV 2368 BEN (KSC)**<br><br>**JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING PURSUANT TO LOCAL RULE 12.1; PROPOSED ORDER**<br><br>DEPT:   Courtroom 3<br>JUDGE: Hon. Roger T. Benitez<br><br>Action Filed:   September 28, 2012<br>Trial Date:     None set |

1    Defendant YOSEMITE CAPITAL MANAGEMENT, LLC ("YCM") and Plaintiffs MARK S. MOSS, individually and on behalf of the Mark S. and Ellen R. Moss Family Trust and the Mark S. & Ellen R. Moss Charitable Remainder Unitrust (collectively "MOSS") (MOSS and YCM are also referred to as the "Parties") by and through their attorneys of record, hereby jointly move the Court for an Order extending the time within which YCM may file a responsive pleading to the Complaint filed and served on September 28, 2012. A responsive pleading would otherwise be due October 19, 2012.  The Parties have agreed that YCM may have up to and including November 2, 2012 to file a responsive pleading to the Complaint.

    Good cause exists for the extension of time.  YCM has recently retained counsel.  The Parties are discussing an Investment Management Agreement which may govern the forum or venue of this action.

    Based upon the foregoing and pursuant to Local Rule 12.1, the Parties request that the Court enter the Proposed Order filed concurrently herewith and incorporated in full herein by this reference.

Respectfully submitted,

DATED: October 19, 2012        THE COOPERSMITH LAW FIRM

By: /s/
STEVEN T. COOPERSMITH
ALANNA J. WHITTINGTON

Attorneys for Plaintiff
MARK MOSS

DATED: October 19, 2012        LAW OFFICES OF DANIEL A. KAPLAN

By /s/
DANIEL A. KAPLAN

Attorney for Plaintiff
MARK MOSS

---

JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING PURSUANT TO LOCAL RULE 12.1

12-CV-2368 BEN(KSC)

431948.1

1  DATED: October 19, 2012					DUCKOR SPRADLING METZGER & WYNNE
2								A Law Corporation

4							By /s/ _____
							    SCOTT L. METZGER
5							    ANNA F. ROPPO

6							Attorneys for Defendant
							YOSEMITE CAPITAL MANAGEMENT, LLC