# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED

12 OCT 23 AM 10:40 *This space for File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Hon. Roger T. Benitez

FROM: D. Gilbert, Deputy Clerk    RECEIVED DATE: 10/18/12

CASE NO.: 12-cv-02368-BEN-    DOCUMENT FILED BY: David Mahrt

CASE TITLE: Moss, et al. V. McLucas, et al.

DOCUMENT ENTITLED: Answer to Plaintiff's Complaint By david Mahrt

Upon the submission of the attached document(s), the following discrepancies are noted:

| Local Rule | Discrepancy |
|---|---|
| ☐ 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ 7.1 | Missing table of contents |
| ☐ 15.1 | Amended pleading not complete in itself |
| ☐ 30.1 | Depositions not accepted absent a court order |
| ☐ | Supplemental documents require court order |
| ☐ | Default Judgment in sum certain includes calculated interest |
| ☒ | OTHER: No signature on Proof of Service |

Date forwarded: 10/18/12

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Benitez

Dated: 10/19/12    By: Law Clerk

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

David M. Mahrt
6709 Eastmont Drive
Redding, CA 96002
T:(530) 378-2061

Defendant: IN PRO PER

**REJECTED**

**BY FAX**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK S. MOSS, individually and on behalf of the Mark S. & Ellen R. Moss Family Trust and the Mark S. & Ellen R. Moss Charitable Remainder Unitrust,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES J. MCLUCAS, an individual; DAVID M. MAHRT, an individual; YOSEMITE CAPITAL MANAGEMENT LLC, a California Limited Liability Company; CHARITABLE TRUST ADMINISTRATORS, INC., a California Corporation<br><br>Defendants. | Case No.: 12CV2368 BEN KSC<br><br>**ANSWER TO PLAINTIFF'S COMPLAINT BY DAVID M. MAHRT** |

**COMES NOW** the Defendant, DAVID M. MAHRT, an individual hereby answers the Complaint of Plaintiff's MARK S. MOSS, et al. ("Plaintiffs"):

1. Defendant denies each allegation set forth in paragraph 1.

2. Defendant denies specifically or based upon lack of information, the allegations set forth in paragraph 2.

ORIGINAL